United States Attorney
DAVID T. RYAN
Chief, National Security Division
Assistant United States Attorney
REEMA M. EL-AMAMY (CBN 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>CLAIRE PARTICIA HAVILAND, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cr-00570-WLH<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

UNDER SEAL DOCUMENTS

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the
Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑    Other

**Reason:**

☑    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☐    Manual Filing required (*reason*):

| | |
|---|---|
| May 21, 2025 | REEMA M. EL-AMAMY |
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                              **NOTICE OF MANUAL FILING**